IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| **MELVIN CLARK**, *et al.* | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )    Civil Action No. 4:20cv00063 |
| | ) |
| **STANLEY FURNITURE COMPANY LLC**, *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

## ENTRY OF DEFAULT

It appearing that Plaintiffs' Amended Complaint was filed in this case on October 21, 2020; that the summons and Amended Complaint were duly served upon Defendants Stone & Leigh, LLC, and the Supplemental Retirement Plan of Stanley Furniture Company, Inc. on October 30, 2020; and that no answer or other pleading has been filed by said Defendants as required by law; therefore, upon request of the Plaintiffs, default is hereby entered against Defendants Stone & Leigh, LLC, and the Supplemental Retirement Plan of Stanley Furniture Company, Inc., as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

Dated this 10th day of December, 2020.

Hon. Julia C. Dudley, Clerk of Court

By: H. McDonald, Deputy Clerk