IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| MELVIN CLARK, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No.: 4:20-cv-00063 |
| | ) |
| v. | ) |
| | ) |
| STANLEY FURNITURE COMPANY LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF MATTHEW W. SMITH

I, Matthew W. Smith, being over the age of 18, understanding the meaning of an oath, so declare as follows:

1. I am the manager for Stone & Leigh LLC. In September 2018, Stone & Leigh purchased certain assets, including the youth furniture line, from the successor to Stanley Furniture Company. As part of that transaction, Stone & Leigh also assumed certain obligations of Stanley Furniture Company, including obligations under the Supplemental Retirement Plan of Stanley Furniture Company, Inc. (the "*SERP*").

2. Under the SERP, certain former executives of Stanley Furniture are entitled to receive monthly retirement benefits. The SERP is an unfunded plan. In other words, the payments to the beneficiaries are made from general corporate funds.

3. In my Declaration filed in this matter on December 12, 2020 (Dkt. No. 43-4), I discussed how, beginning in the first half of 2020, Stone & Leigh's sales dropped, payments due on receivables from Stone & Leigh's customers declined, and Stone & Leigh suffered severe cash flow shortages. As a result, Stone & Leigh was unable to meet all of its general business obligations during 2020.

4.     In recent months, these trends have reversed somewhat, and Stone & Leigh's cash position has improved.

5.     On September 21, 2021, Stone & Leigh paid all amounts outstanding to the participants in the SERP.[1] The payments include the following payments to the Plaintiffs in this action:

| Plaintiff Name | Payment Amount |
|---|---|
| John N. Busey | $1,485.09 |
| Kelly S. Cain | $2,533.01 |
| Jesse V. Cannaday | $10,180.16 |
| Melvin Clark | $3,130.99 |
| Charles William Cubberley, Jr. | $9,914.96 |
| Calvert Fulcher, Jr. | $10,341.26 |
| Herman Ellsworth Haley, Jr. | $7,157.49 |
| John W. Johnson | $11,026.96 |
| Dave P. Maddox | $2,353.35 |
| Douglas I. Payne | $3,716.93 |
| William G. Perdue | $1,658.22 |
| Robert J. Smith | $3,843.37 |
| Alexander Teglas, Jr. | $2,091.77 |

---

[1] One SERP participant, who is not a plaintiff in this action, agree to forego payments at this time so that payments may be made to the remaining participants.

| Larry E. Webb Jr. | $19,076.64 |
|---|---|
| **Total:** | **$88,510.20** |

6.  I caused these payments to be made by ACH transfer in the amounts indicated on September 21, 2021. A genuine and complete copy of the payroll register reflecting these payments is attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 26th day of September, 2021.

_____
Matthew W. Smith

# Exhibit A

| Payroll Register | | | | | | | | | Stone & Leigh LLC<br>Company (D6895) | | | | Check Date: 09/22/2021<br>Process: 2021092201<br>Period: 08/31/2021 | | | Page 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Location: (RET) Retired   Department: (9990) Ret**

| | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | Chk Date | 09/22/2021 |
| | | | | | | | | | | | | | | | Batch | BN |
| | ERP | Supp Early Ret P | | | 1526.56 | FITW45 | Federal Tax (945) | M-9 | 1526.56 | 11.87 | | | | | Net | 1514.69 |
| | | | | | | VA | Virginia SITW | M-9 | 1526.56 | | | | | | Dir Dep | 1514.69 |
| | | | | | | | | | | | | | | | Chk Amt | 0.00 |
| | **Total Earnings** | | 0.00 | | 1526.56 | **Total Taxes** | | | | 11.87 | **Total Deductions** | | 0.00 | | Chk/Vcr # | 1576 |
| **BUSEY,<br>JOHN N**<br>Emp Id 903<br>Rate 0.0000 | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | | Type | Reg |
| | | | | | | | | | | | | | | | Chk Date | 09/22/2021 |
| | | | | | | | | | | | | | | | Batch | BN |
| | SERP | Supp Early Ret P | | | 1485.09 | FITW45 | Federal Tax (945) | M-1 | 1485.09 | 11.01 | | | | | Net | 1474.08 |
| | | | | | | TX | Texas SITW | | | | | | | | Dir Dep | 1474.08 |
| | | | | | | | | | | | | | | | Chk Amt | 0.00 |
| | **Total Earnings** | | 0.00 | | 1485.09 | **Total Taxes** | | | | 11.01 | **Total Deductions** | | 0.00 | | Chk/Vcr # | 1575 |
| **CAIN,<br>KELLY S**<br>Emp Id 904<br>Rate 0.0000 | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | | Type | Reg |
| | | | | | | | | | | | | | | | Chk Date | 09/22/2021 |
| | | | | | | | | | | | | | | | Batch | BN |
| | SERP | Supp Early Ret P | | | 2533.01 | FITW45 | Federal Tax (945) | M-3 | 2533.01 | 44.13 | | | | | Net | 2399.62 |
| | | | | | | VA | Virginia SITW | M-3 | 2533.01 | 89.26 | | | | | Dir Dep | 2399.62 |
| | | | | | | | | | | | | | | | Chk Amt | 0.00 |
| | **Total Earnings** | | 0.00 | | 2533.01 | **Total Taxes** | | | | 133.39 | **Total Deductions** | | 0.00 | | Chk/Vcr # | 1574 |
| **CANNADAY,<br>JESSE V**<br>Emp Id 905<br>Rate 0.0000 | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | | Type | Reg |
| | | | | | | | | | | | | | | | Chk Date | 09/22/2021 |
| | | | | | | | | | | | | | | | Batch | BN |
| | SERP | Supp Early Ret P | | | 10180.16 | FITW45 | Federal Tax (945) | M-0 | 10180.16 | 2036.03 | | | | | Net | 8103.57 |
| | | | | | | VA | Virginia SITW | M-0 | 10180.16 | 40.56 | | | | | Dir Dep | 8103.57 |
| | | | | | | | | | | | | | | | Chk Amt | 0.00 |
| | **Total Earnings** | | 0.00 | | 10180.16 | **Total Taxes** | | | | 2076.59 | **Total Deductions** | | 0.00 | | Chk/Vcr # | 1573 |
| **CLARK,<br>MELVIN L**<br>Emp Id 906<br>Rate 0.0000 | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | | Type | Reg |
| | | | | | | | | | | | | | | | Chk Date | 09/22/2021 |
| | | | | | | | | | | | | | | | Batch | BN |
| | SERP | Supp Early Ret P | | | 3130.99 | FITW45 | Federal Tax (945) | S-0 | 3130.99 | 319.64 | | | | | Net | 2674.34 |
| | | | | | | VA | Virginia SITW | S-0 | 3130.99 | 137.01 | | | | | Dir Dep | 2674.34 |
| | | | | | | | | | | | | | | | Chk Amt | 0.00 |
| | **Total Earnings** | | 0.00 | | 3130.99 | **Total Taxes** | | | | 456.65 | **Total Deductions** | | 0.00 | | Chk/Vcr # | 1572 |
| **CUBBERLEY,<br>WILLIAM C**<br>Emp Id 907<br>Rate 0.0000 | Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | | Type | Reg |
| | | | | | | | | | | | | | | | Chk Date | 09/22/2021 |
| | | | | | | | | | | | | | | | Batch | BN |
| | SERP | Supp Early Ret P | | | 9914.96 | FITW45 | Federal Tax (945) | M-99 | 9914.96 | | | | | | Net | 9914.96 |
| | | | | | | NC | North Carolina SITW | M-99 | 9914.96 | | | | | | Dir Dep | 9914.96 |
| | | | | | | | | | | | | | | | Chk Amt | 0.00 |
| | **Total Earnings** | | 0.00 | | 9914.96 | **Total Taxes** | | | | 0.00 | **Total Deductions** | | 0.00 | | Chk/Vcr # | 1571 |

Location  (RET) Retired
Department  (9990) Ret
Employee  CUBBERLEY

CBIZ
Filing status and exemptions display current data, not data at the time of the payroll.
Report © 1945-2021 NEW

Run Date: 09/21/21
Run Time: 12:07 PM

| Payroll Register | | | | | Stone & Leigh LLC<br>Company (D6895) | | | | | | Check Date: 09/22/2021<br>Process: 2021092201<br>Period: 08/31/2021 | | Page 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**FULCHER, CALVERT L**
Emp Id  908
Rate  0.0000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERP | Supp Early Ret P | | | 10341.26 | FITW45 | Federal Tax (945) | M-99 | 10341.26 | | | | | Chk Date | 09/22/2021 |
| | | | | | NC | North Carolina SI | M-99 | 10341.26 | | | | | Batch | BN |
| | | | | | | | | | | | | | Net | 10341.26 |
| | | | | | | | | | | | | | Dir Dep | 10341.26 |
| | | | | | | | | | | | | | Chk Amt | 0.00 |
| **Total Earnings** | | **0.00** | | **10341.26** | **Total Taxes** | | | | **0.00** | **Total Deductions** | | **0.00** | Chk/Vcr # | 1570 |

**HALEY, HERMAN E**
Emp Id  910
Rate  0.0000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERP | Supp Early Ret P | | | 449.79 | FITW45 | Federal Tax (945) | M-0 | 449.79 | | | | | Chk Date | 09/22/2021 |
| | | | | | VA | Virginia SITW | M-0 | 449.79 | 1.50 | | | | Batch | BN |
| | | | | | | | | | | | | | Net | 448.29 |
| | | | | | | | | | | | | | Dir Dep | 448.29 |
| | | | | | | | | | | | | | Chk Amt | 0.00 |
| **Total Earnings** | | **0.00** | | **449.79** | **Total Taxes** | | | | **1.50** | **Total Deductions** | | **0.00** | Chk/Vcr # | 1569 |

**JOHNSON, JOHN W**
Emp Id  911
Rate  0.0000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERP | Supp Early Ret P | | | 7157.49 | FITW45 | Federal Tax (945) | M-0 | 7157.49 | 703.73 | | | | Chk Date | 09/22/2021 |
| | | | | | VA | Virginia SITW | M-0 | 7157.49 | 376.11 | | | | Batch | BN |
| | | | | | | | | | | | | | Net | 6077.65 |
| | | | | | | | | | | | | | Dir Dep | 6077.65 |
| | | | | | | | | | | | | | Chk Amt | 0.00 |
| **Total Earnings** | | **0.00** | | **7157.49** | **Total Taxes** | | | | **1079.84** | **Total Deductions** | | **0.00** | Chk/Vcr # | 1568 |

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERP | Supp Early Ret P | | | 11026.96 | FITW45 | Federal Tax (945) | M-99 | 11026.96 | 591.03 | | | | Chk Date | 09/22/2021 |
| | | | | | VA | Virginia SITW | M-0 | 11026.96 | | | | | Batch | BN |
| | | | | | | | | | | | | | Net | 10435.93 |
| | | | | | | | | | | | | | Dir Dep | 10435.93 |
| | | | | | | | | | | | | | Chk Amt | 0.00 |
| **Total Earnings** | | **0.00** | | **11026.96** | **Total Taxes** | | | | **591.03** | **Total Deductions** | | **0.00** | Chk/Vcr # | 1567 |

**MADDOX, DAVID P**
Emp Id  912
Rate  0.0000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERP | Supp Early Ret P | | | 2353.35 | FITW45 | Federal Tax (945) | S-0 | 2353.35 | 226.32 | | | | Chk Date | 09/22/2021 |
| | | | | | VA | Virginia SITW | S-0 | 2353.35 | 92.30 | | | | Batch | BN |
| | | | | | | | | | | | | | Net | 2034.73 |
| | | | | | | | | | | | | | Dir Dep | 2034.73 |
| | | | | | | | | | | | | | Chk Amt | 0.00 |
| **Total Earnings** | | **0.00** | | **2353.35** | **Total Taxes** | | | | **318.62** | **Total Deductions** | | **0.00** | Chk/Vcr # | 1566 |

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Reg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERP | Supp Early Ret P | | | 2808.80 | FITW45 | Federal Tax (945) | M-9 | 2808.80 | 102.00 | | | | Chk Date | 09/22/2021 |
| | | | | | NC | North Carolina SI | M-0 | 2808.80 | | | | | Batch | BN |
| | | | | | | | | | | | | | Net | 2706.80 |
| | | | | | | | | | | | | | Dir Dep | 2706.80 |
| | | | | | | | | | | | | | Chk Amt | 0.00 |
| **Total Earnings** | | **0.00** | | **2808.80** | **Total Taxes** | | | | **102.00** | **Total Deductions** | | **0.00** | Chk/Vcr # | 1565 |

CBIZ
Filing status and exemptions display current data, not data at the time of the payroll.
Report © 1995-2021 MPAY

Run Date: 09/21/21
Run Time: 12:07 PM

Location
Department
Employee

(RET) Retired
(9990) Ret
FULCHER to MYERS

| Payroll Register | | | | | | | Stone & Leigh LLC<br>Company (D6895) | | | | | | Check Date: 09/22/2021<br>Process: 2021092201<br>Period: 08/31/2021 | | Page 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**PAYNE, DOUGLAS I**  Emp Id 916   Rate 0.0000

| Code | Earning | Hours | Rate | Amount | | Code | Tax | Status | Taxable | Amount | | Code | Deduction | Amount | Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERP | Supp Early Ret P | | | 3716.93 | | FITW45 | Federal Tax (945) | M-10 | 3716.93 | 126.14 | | | | | Chk Date | 09/22/2021 |
| | | | | | | VA | Virginia SITW | M-10 | 3716.93 | | | | | | Batch | BN |
| | | | | | | | | | | | | | | | Net | 3590.79 |
| | | | | | | | | | | | | | | | Dir Dep | 3590.79 |
| | | | | | | | | | | | | | | | Chk Amt | 0.00 |
| **Total Earnings** | | 0.00 | | 3716.93 | | **Total Taxes** | | | | 126.14 | | **Total Deductions** | | 0.00 | Chk/Vcr # | 1564 |

**PERDUE, WILLIAM G**  Emp Id 918   Rate 0.0000

| Code | Earning | Hours | Rate | Amount | | Code | Tax | Status | Taxable | Amount | | Code | Deduction | Amount | Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERP | Supp Early Ret P | | | 3078.35 | | FITW45 | Federal Tax (945) | M-0 | 3078.35 | 235.24 | | | | | Chk Date | 09/22/2021 |
| | | | | | | VA | Virginia SITW | M-0 | 3078.35 | 141.90 | | | | | Batch | BN |
| | | | | | | | | | | | | | | | Net | 2701.21 |
| | | | | | | | | | | | | | | | Dir Dep | 2701.21 |
| | | | | | | | | | | | | | | | Chk Amt | 0.00 |
| **Total Earnings** | | 0.00 | | 3078.35 | | **Total Taxes** | | | | 377.14 | | **Total Deductions** | | 0.00 | Chk/Vcr # | 1563 |

| Code | Earning | Hours | Rate | Amount | | Code | Tax | Status | Taxable | Amount | | Code | Deduction | Amount | Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERP | Supp Early Ret P | | | 1658.22 | | FITW45 | Federal Tax (945) | M-0 | 1658.22 | 64.16 | | | | | Chk Date | 09/22/2021 |
| | | | | | | VA | Virginia SITW | M-0 | 1658.22 | 53.33 | | | | | Batch | BN |
| | | | | | | | | | | | | | | | Net | 1540.73 |
| | | | | | | | | | | | | | | | Dir Dep | 1540.73 |
| | | | | | | | | | | | | | | | Chk Amt | 0.00 |
| **Total Earnings** | | 0.00 | | 1658.22 | | **Total Taxes** | | | | 117.49 | | **Total Deductions** | | 0.00 | Chk/Vcr # | 1562 |

| Code | Earning | Hours | Rate | Amount | | Code | Tax | Status | Taxable | Amount | | Code | Deduction | Amount | Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERP | Supp Early Ret P | | | 3450.28 | | FITW45 | Federal Tax (945) | M-0 | 3450.28 | 258.87 | | | | | Chk Date | 09/22/2021 |
| | | | | | | NC | North Carolina SI | M-0 | 3450.28 | 137.00 | | | | | Batch | BN |
| | | | | | | | | | | | | | | | Net | 3054.41 |
| | | | | | | | | | | | | | | | Dir Dep | 3054.41 |
| | | | | | | | | | | | | | | | Chk Amt | 0.00 |
| **Total Earnings** | | 0.00 | | 3450.28 | | **Total Taxes** | | | | 395.87 | | **Total Deductions** | | 0.00 | Chk/Vcr # | 1561 |

| Code | Earning | Hours | Rate | Amount | | Code | Tax | Status | Taxable | Amount | | Code | Deduction | Amount | Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERP | Supp Early Ret P | | | 1309.35 | | FITW45 | Federal Tax (945) | M-0 | 1309.35 | 29.27 | | | | | Chk Date | 09/22/2021 |
| | | | | | | VA | Virginia SITW | M-0 | 1309.35 | 35.88 | | | | | Batch | BN |
| | | | | | | | | | | | | | | | Net | 1244.20 |
| | | | | | | | | | | | | | | | Dir Dep | 1244.20 |
| | | | | | | | | | | | | | | | Chk Amt | 0.00 |
| **Total Earnings** | | 0.00 | | 1309.35 | | **Total Taxes** | | | | 65.15 | | **Total Deductions** | | 0.00 | Chk/Vcr # | 1560 |

**SMITH, ROBERT J**  Emp Id 923   Rate 0.0000

| Code | Earning | Hours | Rate | Amount | | Code | Tax | Status | Taxable | Amount | | Code | Deduction | Amount | Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERP | Supp Early Ret P | | | 3843.37 | | FITW45 | Federal Tax (945) | M-0 | 3843.37 | 356.04 | | | | | Chk Date | 09/22/2021 |
| | | | | | | VA | Virginia SITW | M-0 | 3843.37 | 75.00 | | | | | Batch | BN |
| | | | | | | | | | | | | | | | Net | 3412.33 |
| | | | | | | | | | | | | | | | Dir Dep | 3412.33 |
| | | | | | | | | | | | | | | | Chk Amt | 0.00 |
| **Total Earnings** | | 0.00 | | 3843.37 | | **Total Taxes** | | | | 431.04 | | **Total Deductions** | | 0.00 | Chk/Vcr # | 1559 |

CBIZ
Filing status and exemptions display current data, not data at the time of the payroll.
Replat © 1995-2021 MPAY

Run Date:  09/21/21
Run Time:  12:07 PM

Location
Department
Employee

(RET) Retired
(9990) Ret
PAYNE to SMITH

# Payroll Register

**Stone & Leigh LLC**
Company (D6895)

Check Date: 09/22/2021
Process: 2021092201
Period: 08/31/2021

Page 4

## TEGLAS, ALEXANDER
Emp Id 924
Rate 0.0000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | |
|------|---------|-------|------|--------|------|-----|--------|---------|--------|------|-----------|--------|------|---|
| SERP | Supp Early Ret P | | | 2091.77 | FITW45 | Federal Tax (945) | M-0 | 2091.77 | 107.51 | | | | Chk Date | 09/22/2021 |
| | | | | | NC | North Carolina SI | M-0 | 2091.77 | 64.00 | | | | Batch | BN |
| | | | | | | | | | | | | | Net | 1920.26 |
| | | | | | | | | | | | | | Dir Dep | 1920.26 |
| | | | | | | | | | | | | | Chk Amt | 0.00 |
| **Total Earnings** | | 0.00 | | 2091.77 | **Total Taxes** | | | | 171.51 | **Total Deductions** | | 0.00 | Chk/Vcr # | 1558 |

## WEBB, LAWRENCE I
Emp Id 927
Rate 0.0000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | |
|------|---------|-------|------|--------|------|-----|--------|---------|--------|------|-----------|--------|------|---|
| SERP | Supp Early Ret P | | | 19076.64 | FITW45 | Federal Tax (945) | M-4 | 19076.64 | 2993.89 | | | | Chk Date | 09/22/2021 |
| | | | | | VA | Virginia SITW | M-99 | 19076.64 | 612.72 | | | | Batch | BN |
| | | | | | | | | | | | | | Net | 15470.03 |
| | | | | | | | | | | | | | Dir Dep | 15470.03 |
| | | | | | | | | | | | | | Chk Amt | 0.00 |
| **Total Earnings** | | 0.00 | | 19076.64 | **Total Taxes** | | | | 3606.61 | **Total Deductions** | | 0.00 | Chk/Vcr # | 1557 |

### Location: (RET) Retired   Department: (9990) Ret Total

| | | Code | Earning | Hours | Rate | Amount | Code | Tax | | Taxable | Amount | Code | Deduction | Amount | | |
|---|---|------|---------|-------|------|--------|------|-----|---|---------|--------|------|-----------|--------|---|---|
| Employees | 20 | SERP | Supp Early Ret P | | | 101133.33 | FITW45 | Federal Tax (945) | | 101133.33 | 7385.84 | | | | Checks | 0 |
| Female | 0 | | | | | | NC | North Carolina SI | | 28607.07 | 303.00 | | | | Vouchers | 20 |
| Male | 20 | | | | | | TX | Texas SITW | | 1485.09 | | | | | Net | 91059.88 |
| Chks & Vchrs | 20 | | | | | | VA | Virginia SITW | | 71041.17 | 2384.61 | | | | Dir Dep | 91059.88 |
| Female | 0 | | | | | | | | | | | | | | Chk Amt | 0.00 |
| Male | 20 | **Total Earnings** | | 0.00 | | 101133.33 | **Total Taxes** | | | | 10073.45 | **Total Deductions** | | 0.00 | | |

### Location: (RET) Retired Total

| | | Code | Earning | Hours | Rate | Amount | Code | Tax | | Taxable | Amount | Code | Deduction | Amount | | |
|---|---|------|---------|-------|------|--------|------|-----|---|---------|--------|------|-----------|--------|---|---|
| Employees | 20 | SERP | Supp Early Ret P | | | 101133.33 | FITW45 | Federal Tax (945) | | 101133.33 | 7385.84 | | | | Checks | 0 |
| Female | 0 | | | | | | NC | North Carolina SI | | 28607.07 | 303.00 | | | | Vouchers | 20 |
| Male | 20 | | | | | | TX | Texas SITW | | 1485.09 | | | | | Net | 91059.88 |
| Chks & Vchrs | 20 | | | | | | VA | Virginia SITW | | 71041.17 | 2384.61 | | | | Dir Dep | 91059.88 |
| Female | 0 | | | | | | | | | | | | | | Chk Amt | 0.00 |
| Male | 20 | **Total Earnings** | | 0.00 | | 101133.33 | **Total Taxes** | | | | 10073.45 | **Total Deductions** | | 0.00 | | |

### Report Total

| | | Code | Earning | Hours | Rate | Amount | Code | Tax | | Taxable | Amount | Code | Deduction | Amount | | |
|---|---|------|---------|-------|------|--------|------|-----|---|---------|--------|------|-----------|--------|---|---|
| Employees | 20 | SERP | Supp Early Ret P | | | 101133.33 | FITW45 | Federal Tax (945) | | 101133.33 | 7385.84 | | | | Checks | 0 |
| Female | 0 | | | | | | NC | North Carolina SI | | 28607.07 | 303.00 | | | | Vouchers | 20 |
| Male | 20 | | | | | | TX | Texas SITW | | 1485.09 | | | | | Net | 91059.88 |
| Chks & Vchrs | 20 | | | | | | VA | Virginia SITW | | 71041.17 | 2384.61 | | | | Dir Dep | 91059.88 |
| Female | 0 | | | | | | | | | | | | | | Chk Amt | 0.00 |
| Male | 20 | **Total Earnings** | | 0.00 | | 101133.33 | **Total Taxes** | | | | 10073.45 | **Total Deductions** | | 0.00 | | |

CBIZ
Filing status and exemptions display current data, not data at the time of the payroll.
Reprint © 1995-2021 MPAY

Run Date: 09/21/21
Run Time: 12:07 PM

Location            (RET) Retired
Department     (9990) Ret
Employee         TEGLAS to WEBB