CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 14 2021
JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| MELVIN CLARK, *et al.*,, | ) |
| Plaintiffs, | ) Civil Action No. 4:20-cv-00063 |
| v. | ) **ORDER** |
| STANLEY FURNITURE COMPANY, LLC, *et al.*, | ) By:  Hon. Thomas T. Cullen |
| Defendants. | ) United States District Judge |

This matter is before the court on Plaintiffs' motion for summary judgment. For the reasons stated in the accompanying Memorandum Opinion, Plaintiffs' motion for summary judgment is **GRANTED**. Plaintiffs are entitled to any accrued, unpaid deferred compensation owed to them under the Stanley Interiors Corporation Deferred Capital Enhancement Plan ("DCP") and the Supplemental Retirement Plan of Stanley Furniture Company, Inc. ("SERP"). Under 28 U.S.C. § 2201, the court finds that Plaintiffs are entitled to all scheduled future benefits under the DCP and SERP, and that Defendants' non-compliance is not excused under the arguments raised in this proceeding.

This matter is **REFERRED** under Federal Rule of Civil Procedure 72 to the Hon. Robert S. Ballou for proceedings to calculate the amount of deferred compensation currently owed to Plaintiffs based on the grant of summary judgment and preparation of a Report and Recommendation regarding the same. After its review of the Report and Recommendation, the court will enter an additional Order assessing six percent prejudgment interest on the deferred compensation owed.

The clerk is directed to forward a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

**ENTERED** this 14th day of October, 2021.

/s/ *Thomas T. Cullen*
_____
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE