IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| **MELVIN CLARK,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 4:20cv00063 |
| ) | |
| **STANLEY FURNITURE COMPANY** ) | |
| **LLC,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT NOTICE OF THE PARTIES

Pursuant to this Court's Order dated June 1, 2022, the parties hereby jointly provide notice as follows: The claims of Plaintiffs against Defendants have been resolved pursuant to this Court's Memorandum Opinion and Orders (ECF Nos. 124, 125, and 131). Defendant Stone and Leigh, LLC has agreed to dismiss its crossclaim against Defendant Stanley Furniture Company, LLC without prejudice. Therefore, there are no unresolved claims, counterclaims, and crossclaims that remain pending in this matter. Additionally, it is the preference of Plaintiffs that this case remain on the active docket so as not to prejudice Plaintiffs' ability to file any necessary post-judgment motion or conduct any necessary post-judgment discovery. It is the preference of all Defendants that this case be stricken from the active docket.

Respectfully submitted,

| | | |
|---|---|---|
| MELVIN CLARK, *et al.* | STANLEY FURNITURE COMPANY, LLC and STANLEY INTERIORS CORPORATION DEFERRED COMPENSATION CAPITAL ENHANCEMENT PLAN | STONE AND LEIGH, LLC and SUPPLEMENTAL RETIREMENT PLAN OF STANLEY FURNITURE COMPANY, INC. |

1

*/s/ Daniel J. Martin*
John P. Fishwick, Jr. (VSB #23285)
John.Fishwick@fishwickandassociates.com
Carrol M. Ching (VSB # 68031)
Carrol.Ching@fishwickandassociates.com
Daniel J. Martin (VSB #92387)
Daniel.Martin@fishwickandassociates.com
Fishwick & Associates PLC
30 Franklin Road SW, Suite 700
Roanoke, Virginia 24011
(540) 345-5890 Telephone
(540) 345-5789 Facsimile

*Counsel for Plaintiffs*

*/s/ Glenn W. Pulley*
Glenn W. Pulley (VSB No. 15677)
Amanda M. Morgan (VSB No. 70210)
Gentry Locke
801 Main Street, 11th floor (24504)
P. O. Box 6218
Lynchburg, VA 24505
Telephone: 434.455.9940
Facsimile: 540.983.9400
pulley@gentrylocke.com
morgan@gentrylocke.com

*Counsel for Stanley Furniture Company, LLC and Stanley Interiors Corporation Deferred Compensation Capital Enhancement Plan*

*/s/ R. Andrew Hutchinson*
R. Andrew Hutchinson (VSB No. 94039)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
100 Med Tech Parkway, Suite 200
Johnson City, Tennessee 37604
Tel: (423) 928-0181
Fax: (423) 928-5694
dhutchinson@bakerdonelson.com

/s/ J. David Folds
J. David Folds (VSB No. 44068)
John G. McJunkin (VSB No. 31011)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
901 K Street, N.W., Suite 900
Washington, DC 20001
Tel: (202) 508-3400
Fax: (202) 220-2241
dfolds@bakerdonelson.com
jmcjunkin@bakerdonelson.com

*Counsel for Stone & Leigh, LLC and Supplemental Retirement Plan of Stanley Furniture Company, Inc.*

# **CERTIFICATE OF SERVICE**

I, Daniel J. Martin, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record, on this 10th day of June, 2022.

*/s/Daniel J. Martin*
Daniel J. Martin
Fishwick & Associates PLC
30 Franklin Rd, Suite 700
Roanoke, Virginia 24011
(540) 345-5890 (telephone)
(540) 345-5789 (facsimile)
*Counsel for Plaintiffs*