CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 15 2022

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| MELVIN CLARK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:20-cv-00063 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STANLEY FURNITURE COMPANY, | ) | By: Hon. Thomas T. Cullen |
| LLC, *et al.*, | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

On June 1, 2022, the court ordered the parties to file a "joint notice . . . identifying any unresolved claims, counterclaims, and crossclaims that remain pending in this case." (Order, June 1, 2022 [ECF No. 131].) On June 10, the parties advised the court that "[t]he claims of Plaintiffs against Defendants have been resolved" and that "Defendant Stone and Leigh LLC has agreed to dismiss its crossclaim against Defendant Stanley Furniture Company LLC without prejudice. Therefore, there are no unresolved claims, counterclaims, and crossclaims that remain pending in this matter." (Joint Notice, June 10, 2022 [ECF No. 132].)

Based on the parties' representations, the court construes the joint notice as a "stipulation of dismissal [of the crossclaim] signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, it is hereby **ORDERED** that Defendant Stone & Leigh, LLC's crossclaim against Defendant Stanley Furniture Company, LLC is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(c). There being no further cause of action before the court, the court will retain jurisdiction over this case for 120 days to enforce its

judgment, as necessary. If the parties desire the court to retain jurisdiction after 120 days, they may file an appropriate request with the court.

The clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 15th day of June, 2022.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE